IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES A. BURKE,

    Plaintiff,

v.                                      No. CIV-14-1131 MV/LAM

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration, et al.

    Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket. The Court notes that this case is excluded from pre-trial case management procedures. *See* D.N.M. LR-Civ. 16.3(m).

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before Friday, February 26, 2016,* advising of the status of the case and whether a status conference is desired.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**