# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JAMES A. BURKE,**

      **Plaintiff,**

**v.**                                        **No. CIV 14-1131 MV/LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of Social Security Administration, et al.**

      **Defendants.**

## ORDER TO SHOW CAUSE

    **THIS MATTER** is before the Court *sua sponte*. On February 18, 2016, the Court ordered the parties to jointly file a status report with the Court by February 26, 2016 advising of the status of the case and whether a status conference is desired. [*Doc. 11*]. On February 26, 2016, Defendant filed a response to the Order, stating that Defendant has fully responded to the underlying Freedom of Information Act request, and that counsel for Plaintiff has failed to respond to Defense counsel's attempts to contact her. Plaintiff's counsel has not filed a response to the Court's Order. Under the Local Rules of this Court, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-Civ. 41.1.

    **IT IS THEREFORE ORDERED** that, **within thirty (30) days of the entry of this Order**, this case will be dismissed without prejudice unless Plaintiff shows good cause for failing to move the case forward.

    **IT IS SO ORDERED.**

 

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**